IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEQUAVIOUS PICOU, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, and UNIVERSITY OF WEST GEORGIA,<br><br>Defendants. | CIVIL ACTION NO.<br>1:20-cv-04697-MHC |

**MOTION TO DISMISS DEFENDANT UNIVERSITY OF WEST GEORGIA**

Defendant University of West Georgia (UWG), through counsel and pursuant to FED. R. CIV. P. 12(b), respectfully files this motion to dismiss based on Eleventh Amendment and sovereign immunity and other grounds as set forth in the accompanying brief.

Respectfully submitted,

CHRISTOPHER M. CARR    112505
Attorney General

KATHLEEN M. PACIOUS    558555
Deputy Attorney General

/s/ *Loretta L. Pinkston-Pope*
LORETTA L. PINKSTON-POPE    580385
Senior Assistant Attorney General

PLEASE ADDRESS ALL
COMMUNICATIONS TO:
Loretta L. Pinkston-Pope
Georgia Department of Law
40 Capitol Square SW
Atlanta, GA  30334
Tel: (404) 458-3551
lpinkstonpope@law.ga.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Odis Williams
The Law Office of Odis W. Williams
1640 Powers Ferry Road
Building 20, Suite 300
Marietta, GA 30067
owilliams@odiswilliamspc.com

Keith Altman
The Law Office of Keith Altman
33228 West 12 Mile Road – Suite 375
Farmington Hills, MI 48331
kaltman@lawampmmt.com

This 29th day of January, 2021.

/s/ Loretta L. Pinkston-Pope
LORETTA L. PINKSTON-POPE   580385
Senior Assistant Attorney General