**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **DEQUAVIUS PICOU, individually and on behalf of all others similarly situated,** | |
| Plaintiff, | **CIVIL ACTION FILE** |
| v. | **NO. 1:20-CV-4697-MHC** |
| **NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,** | |
| Defendant. | |

## ORDER

Defendant has filed an Unopposed Motion for Extension of Time to Answer or Otherwise Plead in Response to Complaint [Doc. 17], requesting an extension of twenty-eight (28) days, until April 13, 2021, to answer or otherwise respond to the Class Action Complaint [Doc. 1]. As indicated by the motion, Plaintiff does not object to the request. It is hereby **ORDERED** that Defendant's Motion for Extension of Time to Answer or Otherwise Plead in Response to Complaint [Doc. 17] is **GRANTED**.

Defendant shall have until April 13, 2021, to file its answer or otherwise plead in response to the Complaint.

**IT IS SO ORDERED** this 12th day of March, 2021.

_____
MARK H. COHEN
United States District Judge