4months,CLOSED,NeedJgm

# U.S. District Court
# Northern District of Georgia (Atlanta)
# CIVIL DOCKET FOR CASE #: 1:20–cv–04697–MHC

| | |
|---|---|
| Picou v. National Collegiate Athletic Association et al | Date Filed: 11/18/2020 |
| Assigned to: Judge Mark H. Cohen | Date Terminated: 03/19/2021 |
| Cause: 28:1332 Diversity–Personal Injury | Jury Demand: Plaintiff |
| | Nature of Suit: 360 P.I.: Other |
| | Jurisdiction: Diversity |

**Plaintiff**

**Dequavius Picou**  represented by  **Keith Altman**
*individually and on behalf of all others*  The Law Office of Keith Altman
*similarly situated,*  33228 West 12 Mile Road
 Ste 375
 Farmington Hills, MI 48334
 516–456–5885
 Email: kaltman@lawampmmt.com
 *LEAD ATTORNEY*
 *PRO HAC VICE*
 *ATTORNEY TO BE NOTICED*

 **Odis Williams**
 The Law Offices of Odis Williams, PC
 Building 20, Suite 300
 1640 Powers Ferry Road
 Marietta, GA 30067
 770–575–4466
 Fax: 877–329–8359
 Email: owilliams@odiswilliamspc.com
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**National Collegiate Athletic Association**  represented by  **Thomas Edward Lavender , III**
 FisherBroyles, LLP –Atlanta
 Suite 2000
 945 East Paces Ferry Road
 Atlanta, GA 30326
 404–400–4500
 Fax: .
 Email: ted.lavender@fisherbroyles.com
 *ATTORNEY TO BE NOTICED*

**Defendant**

**University of West Georgia**  represented by  **Loretta L. Pinkston–Pope**
*TERMINATED: 02/22/2021*  Office of the State Attorney General
 40 Capital Square, S.W.

Atlanta, GA 30334–1300
404–651–9314
Email: LPinkston@Law.Ga.gov
*TERMINATED: 02/22/2021*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/18/2020 | Ï 1 | COMPLAINT with Jury Demand filed by Dequavius Picou. (Filing fee $400, receipt number AGANDC–10388500) (tcc) Please visit our website at http://www.gand.uscourts.gov/commonly–used–forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 11/19/2020) |
| 11/19/2020 | Ï 2 | EIGHTH AMENDMENT TO GENERAL ORDER 20–01 RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID–19 AND RELATED CORONA VIRUS. Signed by Judge Thomas W. Thrash, Jr. on 9/28/2020. (tcc) (Entered: 11/19/2020) |
| 11/20/2020 | Ï 3 | ORDER REASSIGNING CASE. Case reassigned to Judge Steve C. Jones for all further proceedings. Judge Charles A. Pannell, Jr. no longer assigned to case. **NOTICE TO ALL COUNSEL OF RECORD: The Judge designation in the civil action number assigned to this case has been changed to 1:20–cv–04697–SCJ.** Please make note of this change in order to facilitate the docketing of pleadings in this case. Signed by Judge Charles A. Pannell, Jr. on 11/20/2020. (tcc) (Entered: 11/20/2020) |
| 12/08/2020 | Ï 4 | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to Keith Altman. Clerk to follow–up by 12/18/2020. (nmb) (Entered: 12/08/2020) |
| 12/09/2020 | Ï 5 | NINTH AMENDMENT TO GENERAL ORDER 20–01 RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID–19 AND RELATED CORONAVIRUS. Signed by Judge Thomas W. Thrash, Jr. on 12/08/2020. (adg) (ADI) (Entered: 12/09/2020) |
| 12/09/2020 | Ï 6 | ORDER OF RECUSAL. Judge Steve C. Jones recused. Case reassigned to Judge Mark H. Cohen for all further proceedings NOTICE TO ALL COUNSEL OF RECORD: The Judge designation in the civil action number assigned to this case has been changed to 1:20–cv–4697–MHC. Please make note of this change in order to facilitate the docketing of pleadings in this case. Signed by Judge Steve C. Jones on 12/9/2020. (rjs) (Entered: 12/09/2020) |
| 12/09/2020 | Ï 7 | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to Keith Altman. Clerk to follow–up by 12/21/2020. (cdg) (Entered: 12/09/2020) |
| 12/09/2020 | Ï 8 | STANDING ORDER regarding civil litigation. Signed by Judge Mark H. Cohen on 12/9/20. (jpa) (Entered: 12/09/2020) |
| 12/10/2020 | Ï 9 | APPLICATION for Admission of Keith Altman Pro Hac Vice (Application fee $ 150, receipt number AGANDC–10475789).by Dequavius Picou. (Williams, Odis) Documents for this entry are not available for viewing outside the courthouse. (Entered: 12/10/2020) |
| 12/15/2020 | Ï | APPROVAL by Clerks Office re: 9 APPLICATION for Admission of Keith Altman Pro Hac Vice (Application fee $ 150, receipt number AGANDC–10475789).. Attorney Keith Altman added appearing on behalf of Dequavius Picou (cdg) (Entered: 12/15/2020) |
| 12/15/2020 | Ï | APPROVAL by Clerks Office re: 9 APPLICATION for Admission of Keith Altman Pro Hac Vice (Application fee $ 150, receipt number AGANDC–10475789).. Attorney Keith Altman added appearing on behalf of Dequavius Picou (cdg) (Entered: 12/15/2020) |

| | | |
|---|---|---|
| 12/15/2020 | | MINUTE ORDER granting 9 Application for Admission Pro Hac Vice of Keith Altman by CRD at the direction of the Court. Approved by Judge Mark H. Cohen on December 15, 2020. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(lwb) (Entered: 12/15/2020) |
| 01/28/2021 | 10 | TENTH AMENDMENT TO GENERAL ORDER 20–01 RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID–19 AND RELATED CORONAVIRUS. Signed by Judge Thomas W. Thrash, Jr. on 01/27/2021. (aaq) (ADI) (Entered: 01/28/2021) |
| 01/29/2021 | 11 | MOTION to Dismiss *Defendant University of West Georgia* with Brief In Support by University of West Georgia. (Attachments: # 1 Brief In Support of Motion to Dismiss Defendant University of West Georgia)(Pinkston–Pope, Loretta) (Entered: 01/29/2021) |
| 02/16/2021 | | Submission of 11 MOTION to Dismiss *Defendant University of West Georgia*, to District Judge Mark H. Cohen. (jpa) (Entered: 02/16/2021) |
| 02/22/2021 | 12 | PROPOSED SUMMONS filed by Dequavius Picou (Williams, Odis) (Entered: 02/22/2021) |
| 02/22/2021 | 13 | ORDER GRANTING the 11 Motion to Dismiss and terminating University of West Georgia. Signed by Judge Mark H. Cohen on 2/22/21. (jpa) (Entered: 02/22/2021) |
| 02/23/2021 | 14 | Electronic Summons Issued as to National Collegiate Athletic Association. (jpa) (Entered: 02/23/2021) |
| 02/23/2021 | 15 | Return of Service Executed by Dequavius Picou. National Collegiate Athletic Association served on 2/23/2021, answer due 3/16/2021. (Williams, Odis) (Entered: 02/23/2021) |
| 03/10/2021 | 16 | ELEVENTH AMENDMENT TO GENERAL ORDER 20–01 RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID–19 AND RELATED CORONAVIRUS. Signed by Judge Thomas W. Thrash, Jr. on 03/09/2021 (rvb) (ADI) (Entered: 03/10/2021) |
| 03/12/2021 | 17 | MOTION for Extension of Time to File Answer *or Otherwise Plead in Response to Complaint* by National Collegiate Athletic Association. (Lavender, Thomas) (Entered: 03/12/2021) |
| 03/12/2021 | 18 | Certificate of Interested Persons by National Collegiate Athletic Association. (Lavender, Thomas) (Entered: 03/12/2021) |
| 03/12/2021 | 19 | ORDER granting Defendant's 17 Unopposed Motion for Extension of Time to Answer or Otherwise Plead in Response to Complaint. Defendant shall have until April 13, 2021, to file its answer or otherwise plead in response to the Complaint. Signed by Judge Mark H. Cohen on 03/12/2021. (rvb) (Entered: 03/12/2021) |
| 03/18/2021 | | Clerks Notation re 18 Certificate of Interested Persons reviewed by MHC. (lwb) (Entered: 03/18/2021) |
| 03/19/2021 | 20 | Certified Copy of CONDITIONAL TRANSFER ORDER (CTO–35) from the MDL Panel TRANSFERRING action to the United States District Court, Northern District of Illinois for inclusion in MDL No. 2492. (jpa) (Entered: 03/22/2021) |
| 03/19/2021 | | Case electronically transferred to the USDC for the Northern District of Illinois for inclusion in MDL No. 2492. (jpa) (Entered: 03/22/2021) |
| 03/19/2021 | | Civil Case Terminated. (jpa) (Entered: 03/22/2021) |