

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

Thomas G. Bruton                                                                                    312-435-5670
Clerk

InterdistrictTransfer_GAND@gand.uscourts.gov


Re:  Picou v. National Collegiate Athletic Association et al

USDC Number:  1: 21-cv-1527

MDL Number:  2492


Dear Counselor:

We hereby acknowledge receipt of the record, which was transferred to our court from the
USDC Northern District Georgia.  The case number assigned to the above case is 21cv1527.
Judge John Z. Lee is assigned to the case.

For further information, you may visit our website address at: www.ilnd.uscourts.gov for the
United States District Court, Northern District of Illinois, Eastern Division.



                                        Sincerely,
                                        Thomas G. Bruton, Clerk

                                        By:  N. Finley
                                               Deputy Clerk