# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Dequavius Picou

         Plaintiff,

v.               Case No.: 1:21−cv−01527
                Honorable John Z. Lee

National Collegiate Athletic Association, et al.

         Defendant.

---

## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, September 7, 2021:


   MINUTE entry before the Honorable John Z. Lee: The Court strikes Plaintiff Picou's motion requesting emergency continuance as moot [23]. Plaintiff's case is not one of the sample cases in this MDL, and, thus, there are no pending obligations for plaintiff's counsel. (ca, )



**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.